UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DOUGLAS H. SMITH, | ) | CASE NO. 1:06 CV 782 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| PALASADES COLLECTION, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.


Dated: April 3, 2007        *s/Sara Lioi*
                            SARA LIOI
                            UNITED STATES DISTRICT JUDGE